# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Aviva Wexler, | Civil No. 09-377 (RHK/FLN) |
| Plaintiff, | **ORDER** |
| vs. | |
| Law Office of Joe Pezzuto, LLC, and John Doe, | |
| Defendants. | |

---

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 4) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: July 17, 2009

                         s/Richard H. Kyle
                         RICHARD H. KYLE
                         United States District Judge